**SO ORDERED.**
**SIGNED this 19th day of October, 2018**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_Shelley D. Rucker_
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

___

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

| In re: | ) | |
|---|---|---|
| **PINE FOREST ASSOCIATES LP,** | ) | Case No. 1:17-bk-15097-SDR |
| Debtor. | ) | Chapter 11 |

ORDER

The Motion of the United States Trustee to Dismiss Case or Convert Case to Chapter 7 pursuant to 11 U.S.C. § 1112(b) came on for hearing following notice to the debtor and all creditors and parties-in-interest. It appearing that good cause exists to grant the Motion and further that it is in the best interest of creditors that the case be dismissed; it is hereby

ORDERED that the United States Trustee's motion to dismiss this case is granted and the case is hereby DISMISSED.

# # #

APPROVED FOR ENTRY:

/s/ David Holesinger
David Holesinger (TN BPR # 030189)
Attorney for United States Trustee
31 East 11th Street, 4th Floor
Chattanooga, TN 37402
(423) 752-5153
David.Holesinger@usdoj.gov